```
                  UNITED STATES DISTRICT COURT
                           FOR THE
                       DISTRICT OF VERMONT


Joseph Frederick Williams,      :
                                :
         Plaintiff,             :
                                :
         v.                     : File No. 2:04 CV 278
                                :
CSC Treatment Team Members,     :
Michael Lyon LUS,               :
Dana L'Esperance CSS, Alice     :
Grow CSS, Todd Blanchard CSS    :
and Daniel Broe CSS,            :
                                :
         Defendants.            :
```

                                ORDER

    The Report and Recommendation of the United States Magistrate Judge was filed April 3, 2006.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

    The defendant's motion for summary judgment (Paper 34) is GRANTED,  and that Williams' claims for compensatory damages, punitive damages, and retroactive injunctive relief is DISMISSED.  In addition, defendant's motion for relief from an order granting Williams extra time to respond to the motion for summary judgment (Paper 40) is DENIED.

    Dated at Burlington, in the District of Vermont, this 28th day of April, 2006.

                              /s/ William K. Sessions III
                              William K. Sessions III
                              Chief Judge